IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENISE F. CLARK,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-185-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Denise F. Clark and the decision of defendant Michael Astrue, Commissioner of Social Security, denying plaintiff Denise F. Clark's application for Disability Insurance Benefits is reversed and remanded under sentence four of 42 U.S.C. § 405(g).

_____
Peter Oppeneer, Clerk of Court

SEP 1 5 2010
Date